NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VOTER VERIFIED, INC.,**
*Plaintiff-Appellant*

**v**

**PREMIER ELECTION SOLUTIONS, INC., A DELAWARE CORPORATION, DIEBOLD, INCORPORATED, AN OHIO CORPORATION, ELECTION SYSTEMS & SOFTWARE, INC., A DELAWARE CORPORATION,**
*Defendants-Appellees*

---

2016-2272, 2016-2273

---

Appeals from the United States District Court for the Middle District of Florida in Nos. 6:09-cv-01968-CEM-KRS, 6:09-cv-01969-CEM-KRS, Judge Carlos E. Mendoza.

---

**JUDGMENT**

---

ANTHONY ITALO PROVITOLA, DeLand, FL, argued for plaintiff-appellant.

ROBERT M. EVANS, JR., Senniger Powers LLP, St. Louis, MO, argued for defendants-appellees. Also represented by KYLE G. GOTTUSO, MARC WADE VANDER TUIG.

————————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* CLEVENGER and REYNA, *Circuit Judges*).
**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<table>
<tr><td>March 20, 2017</td><td>/s/ Peter R. Marksteiner</td></tr>
<tr><td>Date</td><td>Peter R. Marksteiner<br>Clerk of Court</td></tr>
</table>